**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW NUGENT-GOMEZ, individually, and on behalf of other members of the general public similarly situated;<br><br>    Plaintiff,<br><br>    v.<br><br>SHAWCOR PIPELINE PROTECTION LLC, an unknown business entity; SHAWCOR PIPE PROTECTION LLC, an unknown business entity; SHAWCOR, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-00356-CJC-KK<br><br>**ORDER OF REMAND**<br><br>Date:        May 4, 2020<br>Time:       1:30 p.m.<br>Courtroom: 7C<br><br>Complaint Filed: January 16, 2020<br>Trial Date: None Set |

Having reviewed and considered the Stipulation to Remand Action Back to San Bernardino Superior Court ("Stipulation") filed by Plaintiff ANDREW NUGENT-GOMEZ ("Plaintiff") and Defendants SHAWCOR PIPE PROTECTION LLC, erroneously sued herein collectively as SHAWCOR PIPELINE PROTECTION LLC, SHAWCOR PIPE PROTECTION LLC, and SHAWCOR ("Defendants"), and good cause appearing for the same, the Stipulation shall be and hereby is **GRANTED** as follows:

1. This instant action entitled *Andrew Nugent Gomez v. Shawcor Pipeline Protection LLC, et al.*, Case Number 5:20-cv-00356-CJC-KK, currently pending before the United States District Court for the Central District of California shall be remanded back to the Superior Court of California, County of San Bernardino, Case Number CIVDS2001526, before the Honorable David Cohn in Department S-26 of the Complex Litigation Department; and

2. The Clerk shall mail a certified copy of this Order of Remand to the Clerk of the Superior Court of California, County of San Bernardino.

**IT IS SO ORDERED.**

DATE: April 16, 2020

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE